UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| IN RE: | CASE NO. 3:16-bk-30146 |
|---|---|
| STACIE ANN DOSS,  Debtor. | CHAPTER 7  JUDGE FRANK W. VOLK |
| STACIE DOSS,  Plaintiff,  v.  WELLS FARGO BANK, N.A.,  Defendant. | ADVERSARY PROCEEDING NO. 3:16-ap-3010 |

**MEMORANDUM OPINION AND ORDER GRANTING MOTION TO AMEND AND DENYING PARTIAL MOTION TO DISMISS WITHOUT PREJUDICE**

Pending is the partial motion to dismiss filed by Defendant Wells Fargo Bank, N.A. [Dckt. 8] and Plaintiff Stacie Doss' motion to amend the complaint [Dckt. 11].

The motion to dismiss was filed on September 2, 2016. The motion to amend was filed September 16, 2016. Federal Rule of Civil Procedure 15(a)(1)(B), made applicable by Federal Rule of Bankruptcy Procedure 7015, provides as follows:

> (1) Amending as a Matter of Course. A party may amend its pleading once as a matter of course within:
>
>   . . . .
>
>   (B) . . . . 21 days after service of a motion under Rule 12(b) . . . .

Fed. R. Civ. Proc. 15(a)(1)(B). Inasmuch as Ms. Doss moved to amend within 21 days of the motion to dismiss, she may amend as of right. It is, accordingly, **ORDERED** as follows:

1. That the motion to dismiss be, and hereby is, **DENIED WITHOUT PREJUDICE;**

Case 3:16-ap-03010    Doc 12    Filed 09/21/16    Entered 09/21/16 16:25:07    Desc Main
                    Document      Page 2 of 2

2. That the motion to amend be, and hereby is, **GRANTED**; and

3. That the proposed amended complaint be, and hereby is, filed today.

The Clerk is directed to transmit this written opinion and order to those counsel and parties in the case who are entitled to notice.